# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LOROSA RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-15-1193-R |
| | ) | |
| ADVANCEPIERRE FOODS, INC., | ) | |
| f/k/a ADVANCE FOOD COMPANY, | ) | |
| INC., | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendant. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Lorosa Richardson, hereby stipulates with the Defendant, AdvancePierre Foods, Inc., f/k/a Advance Food Company, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 25th DAY OF MAY, 2016.**

> s/ Lauren W. Johnston
> Jana B. Leonard, OBA # 17844
> Lauren W. Johnston, OBA # 22341
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 S. Walker
> Oklahoma City, OK 73139
> Telephone:   405-239-3800
> Facsimile:   405-239-3801
> leonardjb@leonardlaw.net
> johnstonlw@leonardlaw.net
> *Counsel for Plaintiff*

  s/ Megan S. Glowacki
(Signed with permission)
Megan S. Glowacki
Keith P. Spiller
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Phone: 513-352-6700
megan.glowacki@thompsonhine.com
keith.spiller@thompsonhine.com

Nathan L. Whatley, OBA #14601
McAfee & Taft
A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-9621       (telephone)
(405) 235-0439       (facsimile)
nathan.whatley@mcafeetaft.com
*Counsel for Defendant*